Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  paul.trimmer@jacksonlewis.com
             lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant*
*Aria Resort & Casino, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JODI TIAHRT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC a Nevada Limited Liability Company; MICHAEL MEDINA, an Individual; MARK GILBERT, an Individual; WILLIAM HORNBUCKLE, an Individual; ANTON NIKODEMUS, an Individual; ASHLEY ROBERTSON, an Individual; RONALD GAUDIOSO; ANTHONY AMOROSO, an Individual; TONI WILLIAMS, an Individual; WORK FORCE, a Nevada entity; DOE INDIVIDUALS 1-10 and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1-10, inclusive,<br>　　　　　Defendants. | Case No. 2:22-cv-02017-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT ARIA RESORT & CASINO, LLC TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Jodi Tiahrt ("Plaintiff"), through her counsel the Law Offices of Neal Hyman, and Defendant Aria Resort & Casino, LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have an extension, up to and including January 10, 2023, in which to file a response to Plaintiff's Amended Complaint (ECF No. 6). This Stipulation is submitted and based upon the following:

　　　　1.　　Defendant's response to the Amended Complaint (ECF No. 6) is currently due on January 6, 2023.

2. Defendant's response to Plaintiff's Motion for Remand (ECF No. 8) is currently due on January 10, 2023.

3. The parties have agreed to a single deadline for both Defendant's response to the Amended Complaint and Defendant's response to Plaintiff's Motion for Remand for the purposes of efficiency.

4. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Amended Complaint.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 30th day of December, 2022.

| LAW OFFICES OF NEAL HYMAN | JACKSON LEWIS P.C. |
|---|---|
| */s/ Neal K. Hyman* | */s/ Lynne K. McChrystal* |
| Neal K. Hyman, Esq, Bar No. 5998 | Paul T. Trimmer, Bar No. 9291 |
| 9480 S. Eastern Ave., Suite 224 | Lynne K. McChrystal, Bar No. 14739 |
| Henderson, Nevada 89123 | 300 S. Fourth Street, Ste. 900 |
| | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Jodi Tiahrt | Aria Resort & Casino, LLC |

**ORDER**

IT IS SO ORDERED:

_____
United States ~~District Court~~/Magistrate Judge

Dated: January 3, 2023