Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  paul.trimmer@jacksonlewis.com
            lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant*
*Aria Resort & Casino, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JODI TIAHRT,<br><br>          Plaintiff,<br><br>     vs.<br><br>ARIA RESORT & CASINO, LLC a Nevada Limited Liability Company; MICHAEL MEDINA, an Individual; MARK GILBERT, an Individual; WILLIAM HORNBUCKLE, an Individual; ANTON NIKODEMUS, an Individual; ASHLEY ROBERTSON, an Individual; RONALD GAUDIOSO; ANTHONY AMOROSO, an Individual; TONI WILLIAMS, an Individual; WORK FORCE, a Nevada entity; DOE INDIVIDUALS 1-10 and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1-10, inclusive,<br>          Defendants. | Case No. 2:22-cv-02017-JAD-NJK<br><br>**JOINT STIPULATION AND ORDER TO DISMISS WORK FORCE WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff Jodi Tiahrt ("Plaintiff"), through her counsel the Law Offices of Neal Hyman, and Defendant Aria Resort & Casino, LLC ("Defendant"), through its counsel Jackson Lewis P.C., hereby stipulate and agree

///
///
///
///

subject to the Court's approval, that Work Force is dismissed as a Defendant without prejudice, with the parties each bearing their own attorney's fees and costs incurred in this action.

Dated this 6th day of March, 2023.

| LAW OFFICES OF NEAL HYMAN | JACKSON LEWIS P.C. |
|---|---|
| */s/ Neal K. Hyman* <br> Neal K. Hyman, Esq, Bar No. 5998 <br> 9480 S. Eastern Ave., Suite 224 <br> Henderson, Nevada 89123 | */s/ Lynne K. McChrystal* <br> Paul T. Trimmer, Bar No. 9291 <br> Lynne K. McChrystal, Bar No. 14739 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* <br> *Jodi Tiahrt* | *Attorneys for Defendant* <br> *Aria Resort & Casino, LLC* |

## **ORDER**

Based on the parties' stipulation [ECF No. 45] and good cause appearing, IT IS ORDERED that the claims against Work Force are DISMISSED without prejudice, each party to bear its own fees and costs.

_____
United States District Judge

March 6, 2023